Case 1:17-cv-00007-PKC-PK   Document 14-2   Filed 06/29/17   Page 1 of 2 PageID #: 84

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
LILIANA RUBI, Individually and on behalf of
others similarly situated,

                Case No. 17-CV-00007 (PKC)(PK)

          Plaintiff,

- against –

VIRDIG ENTERPRISES, INC., (d/b/a
ALBA'S PIZZERIA & RESTAURANT),
GIACOMO VIRDONE, PAUL
DIGREGORIO and ZINA VIRDONE,

          Defendants.
----------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party (other than those specified in the Settlement Agreement), as to Plaintiff LILIANA RUBI, and dismissed without prejudice and without costs or attorneys' fees to any party as to the members of the alleged putative class action and/or collective action other than LILIANA RUBI. This Stipulation does not prejudice the rights, if any, of the members of the alleged putative class action and/or collective action other than LILIANA RUBI.

The Court retains jurisdiction over the Settlement Agreement resolving this action.

A copy of this Stipulation shall be deemed as valid as an original.

Dated: ~~June~~ Sept 20, 2017

Lina A. Franco P.C.

By: _____
Lina M. Franco, Esq.
*Attorneys for Plaintiff*
42 Broadway
12th Floor
New York, NY 10004
Telephone: (800) 933-5620
Lina@linafranco.com

Dated: ~~June~~ September 20, 2017

Naness, Chaiet & Naness, LLC

By: _____
W. Matthew Groh, Esq.
*Attorneys for Defendants*
375 North Broadway
Suite 202
Jericho, New York 11753
Telephone: (516) 827-4300
matt@ncnlaw.com

**SO ORDERED THIS ___ DAY**

**OF _____, 2017**

_____
              , U.S.D.J.